IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TARISHA WILLIAMS, et al.         ) | Civ. No. 08-00437 ACK-BMK |
| )  | |
| Plaintiffs,       ) | ORDER REGARDING FILING |
| ) | DOCUMENTS UNDER SEAL |
| vs.                    ) | |
| ) | |
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| Defendant.       ) | |
| _____ ) | |

ORDER REGARDING FILING DOCUMENTS UNDER SEAL

On November 10, 2009, Plaintiff filed a Motion For Pretrial Determination of Admissibility of Statements Pursuant to FRE 104(a).  The memorandum in support of the motion, as well as the exhibits attached thereto, were filed under seal.  Absent any objection by Defendant, and for good cause shown, the Court APPROVES the filing under seal of the supporting memorandum and the exhibits attached to the Motion.

The Court reminds counsel of the requirements for filing documents under seal, which are explained in the [14] Stipulated Protective and Privacy Act Order filed on May 27, 2009.  That Order states that "[t]he moving party shall . . . submit such information with an accompanying request to the Court for an order . . . that the evidence be filed under seal."  No such request was presented to the

Court to file the foregoing documents under seal.  Even if counsel for all parties agree that a document may be filed under seal, a request shall be made to the Court, asking for approval that it be filed under seal.  Only after receiving Court approval may a document be filed under seal.  Without prior Court approval, no document in this case may be filed under seal.

DATED:  Honolulu, Hawaii, November 16, 2009.

IT IS SO ORDERED.



/S/ Barry M. Kurren
Barry M. Kurren
United States Magistrate Judge

Williams v. United States of America, Civ. No. 08-00437 ACK-BMK; ORDER REGARDING FILING DOCUMENTS UNDER SEAL.